1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          CENTRAL DISTRICT OF CALIFORNIA

10

11   JOAN MCKENZIE JAXON,              Case No. 2:12-cv-09595 JAK-SS

12              Plaintiff,             **ORDER GRANTING
                                       STIPULATION TO DISMISS
13        v.                           ENTIRE ACTION WITH
                                       PREJUDICE PURSUANT TO
14   COVIDIEN PLC, et al.              FEDERAL RULE OF CIVIL
                                       PROCEDURE 41(a)(1)**
15              Defendants.            JS-6

16

17

18

19        Pursuant to Federal Rule of Civil Procedure 41(a)(1) and having considered

20   the Parties' Stipulation dismissing the entire action with prejudice, IT IS HEREBY

21   ORDERED as follows:

22        This action is dismissed in its entirety with prejudice.

23        IT IS SO ORDERED.

24

25   DATED: March 6, 2013          _____

26                                 HON. JOHN A. KRONSTADT
                                   UNITED STATES DISTRICT JUDGE
27

28
                                        1